1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    BRICE ANTHONY PEELER,                        No.  2:16-cv-0582 CKD P

12                 Plaintiff,

13          v.                                      ORDER

14    KEVIN REALI, et al.,

15                 Defendants.

16

17          On November 7, 2016, plaintiff filed a motion for transcripts and a set of objections.  This

18    civil rights action was closed on September 21, 2016.  Plaintiff is advised that documents filed

19    since the closing date will be disregarded, and no orders will issue in response to future filings.

20          Accordingly, plaintiff's motion for transcripts (ECF No. 22) is denied.

21    Dated:  December 5, 2016

22                                                  _____
                                                    CAROLYN K. DELANEY
23                                                  UNITED STATES MAGISTRATE JUDGE

24

25

26

27    2 / peel052.58

28

                                                1